Johnny Madrid   ADC# 141649
Name and Prisoner/Booking Number

Whetstone - Tucson   2A 92
Place of Confinement

P.O. Box 24402
Mailing Address

Tucson, AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED ___
RECEIVED ___ COPY ___

MAR 10 2023

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Johnny Madrid,
(Full Name of Plaintiff)

　　　　　Plaintiff,

v.

(1) David Shinn,
(Full Name of Defendant)

(2) James Brissell,

(3) Ryan Thornell,

(4) _____

　　　　　Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-122-TUC-RM(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: _____.

2. Institution/city where violation occurred: Whetstone - Tucson

## B. DEFENDANTS

1. Name of first Defendant: __David Shinn__. The first Defendant is employed as: __Director (Former)__ at __Arizona Department of Corrections__
   (Position and Title) (Institution)

2. Name of second Defendant: __James Buissell__. The second Defendant is employed as: __Senior correctional substance abuse counselor__ at __Arizona Department of Corrections__
   (Position and Title) (Institution)

3. Name of third Defendant: __Ryan Thornell__. The third Defendant is employed as: __ADOCRR Director__ at __ADOCRR Phoenix, AZ__
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __N/A__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Amendment 1st, 5th, 8th, 9th, 10th, and 14th, 42 USCS 1981, 42 USCS 1985 (1,2,3), and 42 USCS 1986.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Due process, sexual Harassment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 11/28/2022 I filed a Inmate Informal complaint resolution to the ADOCRR at Whetstone. On 12/02/2022 they received my notice of the Informal complaint. The response Author Javier Saenz, did not respond until 12/20/2022. According to the Arizona Inmate Grievance system (medical and non-medical Grievances) updated July 2021. The CO III is supposed to respond within 15 work days of filing the form 802-11 (Inmate Informal complaint resolution), in case # 22-048584, ADOCRR has exceed those days and time frame. On 12/22/2022 I received notice of the Informal complaint by CO III Saenz. On 01/11/23 CO III Majalca told me to fill out a 802-7 form. I was told that they did not have a 802-7 form. So they had me fill out another 802-1, which was given to CO II McCormick. On 1/17/23 Deputy Warden Reyes replied to this incident. On 1/21/2023 I filed another Grievance Appeal Form 802-3. That was addressed to the Director Ryan Thornell, starting to exhaust my state remedies. Neither of the Directors of ADOCR

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Slander, Racial Discrimination, PTSD Trauma, harassment, emotional distress, cruel and unusual punishment

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

3

cause of action
count 1
3A

3.) David Shinn or Ryan Thornell has yet to reply to this manner.

According to the new substance abuse counselor, that is now teaching "men in recovery". States that Mr. Brissell was moved to another complex yard in Tucson. Arizona Department of corrections rehabilation and reentry, has violated my Due Process, cruel and unusual punishment, and slandered my name. I feel that they should have taken this action more serious. ADOCRR was already aware of Mr. Brissell Behavior and misconduct actions. During this investigation ADOCRR was aware of Mr. Brissell showing improper movies/videos to this class. Along with his racial remarks of calling inmates a "nigger". Then By his sexual remarks towards me. This type of behavior is uncalled for by a senior substance abuse counselor. Much less by my staff member in my work environoment.

If needed in count, we can subpoena the following Inmates to testify. These Inmates were in my class of "men in recovery", when this took place.

Antoleno Tedroja
Micheal smith
Andrew Mendoza
Thomas Chris Huffman



**Arizona Department of Corrections Rehabilitation and Reentry**
**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.
Please print all information.

2A92

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Madrid, Johnny | 141649 | Whetstone-Tucson | |

TO Deputy Warden Neyes, ADW Lewis  LOCATION Central office/Administration

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 8-30-22 I was in a class "men in recovery" which is given by The Arizona Department of correction rehabilitation and reentry at Whetstone in Tucson, Arizona. Mr. James Bissell, a senior correctional substance abuse counselor. In that class we were given an assignment on our life line story. Mr. Bissell asked me, if I would like to share my story out loud with my other fellow peers. After I told my life story to Mr. Bissell and 15 fellow peers/inmates. Mr. Bissell responded with very improper remarks and comments. His response to my life story shocked me and my peers. His first question was "when I get out of prison, would I get high". I replied "no sir". "If you were low on funds/money would you suck dick, to get high". You can say he made the class felt very uncomfortable, and especially me.

I'm sorry for waiting this long to be bring this up to your attention. Just that I wanted to make sure we all graduated this class.

INMATE SIGNATURE: Johnny Madrid
DATE: 11/28/2022

Have you discussed this with institution staff? ☒ Yes  ☐ No
If yes, give the staff member name: Jim Gillcrest

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/17/20



# Inmate Grievance/Informal Response Notice
## Non-Medical

Inmate Name: JOHNNY MADRID

ADC#: 141649

Prison/Unit: TUCSON/TUCSON WHETSTONE

Bldg/Bed: C37 HU2A092L

## Case #:22-048584

## Informal Complaint

Type: Informal Response

Date Received: 12/02/2022 08:45 AM

Response Author: SAENZ, JAVIER NMI

Responded On: 12/20/2022 09:54:47 AM

Decision:

## Case Details

Case Number: 22-048584

Grievance Status: Open

## Case Data

Prison of Complaint: TUCSON

Opened Date: 12/02/2022 08:45 AM

Grievance Category: Staff

Unit of Complaint: TUCSON WHETSTONE

Grievance Stage: Informal Answered

## Informal Grievance Response

Grievance Date: 12/01/2022 12:00:00 AM

Response Due: 01/12/2023 09:50 AM

Issue: Staff complaint

Responder: SAENZ, JAVIER NMI

Response: I am writing in response to your informal complaint on staff dated 12/20/22. Any complaint regarding misconduct of staff is taken very seriously. I have forwarded your complaint to administration. The results of the review of the complaint on the staff member will remain confidential and you will not be advised if any action is taken. End of response.

☐ Unprocessed

Officer's Name: JAVIER SAENZ

Notice: If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
- Placing a single complaint on a single inmate Grievance form.

NOTE: If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

**RECEIVED BY:** M. Messka-F
**TITLE:** CO II
**BADGE NUMBER:** 9626
**DATE:** 12/23/2022

2A92L

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

**INMATE NAME (Last, First M.I.):** MADRID, Johnny
**ADC NUMBER:** 141649
**DATE:** 12-22-2022
**INSTITUTION/UNIT:** DAVID
**CASE NUMBER:** 22-048584
**TO: GRIEVANCE COORDINATOR:** The Director of ADOCRR David Shinn

**Description of Grievance** (To be completed by the Inmate)

On 12/21/22 I received the response from my Informal complaint (case # 22-048584). I have read and recieved and understand that everything will remain confidential and that I will not be notified/advised of the actions is taken.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I would Like to Exhaust All State remedies!!!!

**INMATE'S SIGNATURE:** Johnny Madrid
**DATE:** 12/22/2022

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

**STAFF MEMBER'S SIGNATURE:**
**BADGE NUMBER:**
**DATE:**

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
10/16/16

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

RECEIVED BY: COII McCormick #9043 1759 / M(?).F
TITLE: COIII
BADGE NUMBER: 9676
DATE: 1/12/2023

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

2A92

INMATE NAME (Last, First M.I.): Madrid, Johnny
ADC NUMBER: 141649
DATE: 01/11/2023

INSTITUTION/UNIT: Whetstone — Tucson
CASE NUMBER: 22-048584

TO: GRIEVANCE COORDINATOR: CO IV Saenz, And The Director of ADCRR

**Description of Grievance** (To be completed by the Inmate)

I spoke with my COIII Magnlen about getting a 802-7 Form. I was told that they do not have this form. I also spoke with Sgt at administration and they don't have this form. I do understand everything that ADOCRR has said, and I want to exhaust all my state remedies due to the lack of not having these forms. Also not allowing me to speak with rank about these forms. If possible I want to know who the new Director of ADOCRR is...

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

To Exhaust All my state remedies...

INMATE'S SIGNATURE: Johnny Madrid
DATE: 01/11/2023

Action taken by: _____ Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE: 
BADGE NUMBER:
DATE:

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
10/16/16

# Arizona Department of Corrections, Rehabilitation & Reentry

## ASPC - TUCSON
## Whetstone Unit
## Inmate Grievance Response




KATIE HOBBS
GOVERNOR

JOSEPH PROFIRI
INTERIM DIRECTOR

Case Number: 22-048584

Inmate Name: Madrid, Johnny  ADC#:141649  Location: Whetstone HU2A92L

**SUMMARY OF INMATE GRIEVANCE:**

In your grievance you state that you received an informal response and understand that everything will remain confidential regarding your staff complaint.

**EXPLANATION OF UNIT INVESTIGATION:**

I am writing in response to your formal grievance dated 12/22/22. Any complaint regarding misconduct of staff is taken very seriously. I have elevated your complaint and it has been reviewed. The results of the review of the complaint on the staff member will remain confidential and you will not be advised if any action is taken.

**DEPUTY WARDEN RECOMMENDATION:**

This complaint is considered resolved. Should you disagree you have 5 work days in which to appeal this decision by submitting form 802-3 to the Director, along with all other paperwork related to this case.

Deputy Warden Reyes/Whetstone Unit.

1/17/23
Date



**Arizona Department of Corrections
Rehabilitation and Reentry
Inmate Grievance Appeal**

Please type or print in black or blue ink.
(To be completed by staff member initially receiving appeal)

The inmate may appeal the Deputy Warden's decision to the Director by requesting the appeal on this form.

Received By: MAJACM F
Title: COIII
Badge #: 9626
Date: (mm/dd/yyyy) 1/23/2023

**Please Print**

INMATE NAME (Last, First M.I.) (please print): Madrid, Johnny
ADCRR NUMBER: 141649
DATE (mm/dd/yyyy): 01-21-2023
INSTITUTION/UNIT: Whetstone - Tucson
CASE NUMBER: 22-04858y

TO: The Director of ADOCRR: Ryan Thornell

I am appealing the decision of  I am writing in response  for the following reasons: I would like for the Director of ADOCRR to exhaust all my state remedies. So that way he is aware of what has happened. I also would like the Director Ryan Thornell to sign off on this form.

INMATE'S SIGNATURE: Johnny Madrid
DATE (mm/dd/yyyy): 01-21-2023

GRIEVANCE COORDINATOR'S SIGNATURE:
DATE (mm/dd/yyyy):

RESPONSE TO INMATE BY:
LOCATION:

STAFF SIGNATURE:
DATE (mm/dd/yyyy):

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
2/3/21



## Arizona Department of Corrections
## Rehabilitation and Reentry
### Decision of Appeal

Please **PRINT** all information

Check One ✓   ☐ Disciplinary Appeal   ☒ Grievance Appeal   ☐ Maximum Custody Placement

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | CASE NUMBER |
|---|---|---|---|
| Madrid, Johnny | 141649 | ASPC-Tucson/Whetstone Unit | 22-048584 |

Your appeal in the above referenced case has been reviewed. The decision of the Warden/Deputy Warden/Administrator/Hearing Officer is to:

☒ Uphold the findings   ☐ Modify the penalties   ☐ Remand to the Hearing Officer for re-hearing   ☐ Dismiss

**Findings and Conclusions:**

02/22/2023 - In your Grievance filed at Whetstone Unit, you claim that a Substance Abuse Counselor used an inappropriate line of questioning during a group session.

Your proposed resolution is to exhaust all state remedies.

Your Step 1 Grievance Appeal has been reviewed at Central Office. The Grievance Coordinator's response is affirmed.

Allegations of staff misconduct involving inmates are taken seriously and referred for investigation whenever deemed necessary. These allegations have been forwarded to the appropriate Administrators for review. Complaints of staff misconduct are treated as confidential. You will not be notified of the outcome of any investigation that may or may not have been initiated, nor of any corrective action that may have been taken.

This matter is considered resolved and no further action is warranted.

You may elect to appeal the Step 1 Grievance Appeal Decision to the General Counsel within 5 workdays of receipt of this decision by submitting an Inmate Grievance Appeal, Form 802-3, to the unit COIV Grievance Coordinator.

---

**WARDEN/DEPUTY WARDEN/ADMINISTRATOR/APPEALS OFFICER NAME** (Last, First M.I.) (Please print)

Bowers, Julie (on behalf of Step 1 Grievance Appeals, electronically signed)

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| *Julie Bowers* | 02/22/2023 |

**Inmate Received a copy of Decision of Appeal** (Step I Only)

DELIVERY OFFICER NAME (Last, First M.I.) (Please print)

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
|  |  |

Distribution:  Coordinator to make two copies of form:
Original – Master Record File
Copy – CO III, Unit CO IV Grievance Coordinator (if a 17A Disciplinary Violation)
Copy - Institutional File
Copy - Inmate

803-6
12/10/20

Count II

Abusing his power in a classroom. Just because we are all inmates, we still have our civil rights. My story of my life had nothing to due with sexual remarks. It was about me using and how I changed my life around. His comments has caused psychological damage and emotionally stress. Since Mr. Brissell remarks I have had several men come up to me asking for sexual favors. Along with other rumors going around the Whetstone complex. That I enjoy "sucking dick", that is not true... I am not gay in any way. Mr. Brissell has slandered my name. He has violated my civil rights/gender.

During this time Mr. Brissell has also shown improper movies/videos to our class. Which was brought to the attention of Administration. Then just a few weeks later he called another Inmate "a Nigger". This behavior is uncalled for, & improper for someone with the title of a Counselor/teacher. Especially for someone thats a staff member/substance abuse counselor for the Arizona Department of Corrections Rehabilitation and Reentry.

Mr. Brissell has also violated my civil rights of equal protection of being a male. He also violated me by racial discrimination of being a hispanic/latino male, defamation, and slandered my name/character.

## COUNT II

1. State the constitutional or other federal civil right that was violated: amendment: 1st, 8th, 9th, 5th, 10th, and 14th, 42 uscs 1981, and 42 uscs 1985 (1, 2, 3), 42 uscs 1986.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: sexual abuse/harassment.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 8-30-2022, I was in a class "men in recovery" which was given by The Arizona Department of Corrections rehabilitation and reentry at Whetstone in Tucson, Arizona. It was given by Mr. James Brissell, a senior correctional substance abuse counselor. In that class we were given an assignment on own life line story. Mr. Brissell then asked me, if I would like to share my story out loud with my other fellow peers. After I told my life story with Mr. Brissell and 15 other fellow inmates. Mr. Brissell responded with very improper remarks and comments. His response to my life story shocked me and my peers. His first question was "When I got out of prison, would you get high." My reply to his answer was "No sir." Then he asked me if "I would suck someone dick" to get high. I was very shocked and stunned, so were my peers. Then he replied in a loud tone, "would you or not." Then he said "Let me put it in a different way about saying to you saying NO to getting high." Then he said, "would you say NO if someone said that you suck dick"!!! I found this very offensive, inappropriate for someone that is supposed to be professional in his field. Mr. Brissell violated my civil rights by

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
slander, emotional distress, harassment, defamation of character, racial discrimination

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Amendment 1st, 5th, 8th, 9th, 10th, and 14th, 42 USCS 1981, 42 USCS 1985(1,2,3) and 42 USCS 1986.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Due process, sexual harassment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 11/28/2022 I filed a Inmate Informal complaint resolution to the ADOCRR at Whetstone. On 12/02/2022 they received my notice of the Informal complaint. The response, Officer Javier Saenz, did not respond until 12/20/2022. According to the Arizona Inmate Grievance system (medical and non-medical Grievances) updated July 2021, the CO III is supposed to respond within 15 days/workdays of filing the form 802-11 (Inmate Informal complaint resolution). On case #22-048584, ADOCRR has exceed those days and time frame.
   On 12/22/2022 I received notice of the Informal complaint by CO III Saenz. On 01/11/23 CO III Majalca told me to fill out a 802-7 form. I was told that they did not have a 802-7 form, So they had me fill out another 802-1, which was given to CO II McCormick. On 1/21/2023 Deputy Warden Reyes replied to this Incident. On 1/21/2023 I filed another Grievance appeal form 802-3. That was addressed to the Director Ryan Thornell, starting to exhaust my state remedies. Neither of the Directors of ADOCRR David Shinn

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Slander, racial Discrimination, PTSD Trauma, harassment, emotional distress, cruel and unusual punishment.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

Cause of action
Count III
5-A

3.) On 7y/m/o Thornell has yet to reply to this matter. According to the new substance abuse counslen, that is now teaching "men in Recovery". States that mr. Brissell was moved to another complex ymcl in Tucson. Arizona Department of Corrections rehabilitation and reentry, has violated my Due Process, cruel and unusual punishment, and slandered my name. I feel they should have taken this action more serious. ADOCRR was already aware of mr. Brissell Behavior and misconduct actions. During this investigation ADOCRR was aware of mr. Brissell Showing improper movies/videos to this class. Along with his racial remarks of calling inmates a "Nissen". Then by his sexual remarks towards me. This type of behavior is uncalled for by a Senior substance abuse counselor. Much less by any staff member in any work environoment.

If needed in court, we can subpoena the following Inmates to testify. These Inmates were in my class of "men in recovery", when this took place.
~~Antetero~~ Antuno Tednoja
Micheal Smith
Andrew Mendoza
Thomas Chris Huffman

## E. REQUEST FOR RELIEF

State the relief you are seeking: 96.5 million

plus administrative fees, filing fees, and postage

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/5/2023
DATE

Johnny Madrid
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6